# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Gustavo Martinez-Sanchez**; DOB: 1987; United States | DOCKET NO.<br>**23-00058MJ**<br><br>MAGISTRATE'S CASE NO. |
| Complaint for violation of Title 8 United States Code § 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i). | |

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about January 28, 2023, in the District of Arizona, **Gustavo Martinez-Sanchez**, knowing or in reckless disregard that certain aliens had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On or about January 28, 2023, in the District of Arizona (Three Points), United States Border Patrol Agents (BPA) were working immigration inspections at a Border Patrol checkpoint when a Common Operating Picture (COP) operator advised they had visual of a 2012 Dodge Ram containing bundles of hay turn onto De La Osa Ranch Road and 40 minutes later leave the area with the hay bundles still intact. The vehicle towing a horse trailer traveled to the checkpoint and a BPA canine conducted a free air sniff along the exterior of the vehicle. The canine alerted to an odor that he was trained to detect. The driver was identified as **Gustavo Martinez-Sanchez** and he and the front seat passenger were removed from the truck. **Martinez** said he was coming from a ranch in Sasabe, Arizona that he did not know the name of. He said that he comes down to Sasabe frequently and had been there for two hours on this trip. **Martinez** said he lives in Willcox, Arizona and would stay in a hotel in Tucson, Arizona. He did not know the name of the hotel. The trailer's front half was filled with hay bundles and the rear contained a horse. BPAs asked **Martinez** if he could unload the horse so they could inspect the bundles. **Martinez** agreed and while unloading the horse, he jumped on the back on a horse and began to flee north. After a short pursuit, BPAs were able to apprehend and secure **Martinez**. BPAs removed the bales of hay and discovered four people hidden in a compartment underneath. Three more people were found hidden in a concealed compartment underneath the hay bales in the bed of the truck. Seven Mexican citizens were discovered and determined to be in the United States illegally, including Jhassiel Orlando Eneines-Urbinez, David Alonso Miranda-Moreno, and Jose Oblea-Pelagio.

Records checks revealed that Jhassiel Orlando Eneines-Urbinez, David Alonso Miranda-Moreno, and Jose Oblea-Pelagio did not have the proper immigration documentation to enter or remain in the U.S. legally. Eneines was previously removed from the U.S. on February 9, 2014. Miranda was previously removed from the U.S. on March 29, 2018. Oblea was previously removed from the U.S. on October 1, 2015.
**Continued on the next page:**

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| Detention Requested<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>Border Patrol Agent |
|---|---|
| Sworn by telephone  x<br>SIGNATURE OF MAGISTRATE JUDGE[1]) | DATE<br>January 30, 2023 |

[1]) See Federal rules of Criminal Procedure Rules 3, 4.1, and 54
Reviewing AUSA: Siegele

**Continued from the previous page:**

In a post-*Miranda* statement, **Martinez** stated that he had successfully previously smuggled before. On this event, **Martinez** said he was offered $2,700 USD per person to smuggle seven people in Sasabe. He said he was in contact with a coordinator through WhatsApp and given directions on where to go. **Martinez** said he drove to the pickup location at Rancho De La Osa with a truck and horse trailer attached with a horse in the trailer. Seven people showed themselves, and he unloaded the horse. **Martinez** said four people entered the trailer and hid and three got into the bed of the truck. He was instructed to take three people to Tucson and four to Phoenix, Arizona. **Martinez** said BPAs found the people at the checkpoint.