# UNITED STATES DISTRICT COURT
for the
District of Arizona

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

**TO:** Office of Legal Affairs, Passport Services
U.S. Department of State
CA/PPT/L/LA
44132 Mercure Circle
P.O. Box 1243
Sterling, VA 20166-1243

**FROM:** United States Pretrial Services
Evo A. DeConcini U.S. Courthouse
405 W. Congress
Suite 2600
Tucson, Arizona 85701-5020
(520) 205-4350

**Original Notice**

**Date:** January 31, 2023
**By:** jag

**Defendant:** Gustavo Martinez-Sanchez
**Date of Birth:** 1987
**SSN:** XXX-XX-8111

**Case Number:** 0970 4:23-00058M
**Place of Birth:** Mexico

**Notice of Court Order** (Order Date: January 30, 2023)

☒ The above-named defendant is not permitted to apply for the issuance of a passport and/or passport card during the pendency of this action.

**NOTICE OF DISPOSITION**
The above case has been disposed of.

☐ The above order of the court is no longer in effect.

☐ Defendant not convicted – Document returned to defendant.

☐ Defendant not convicted – Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

☐ Defendant convicted – Document and copy of judgment enclosed.

**Distribution:**
Original to case file
Department of State
Defendant *(or representative)*
Clerk of Court